Form 6-Summary
(10/05)

# United States Bankruptcy Court

_____ District Of PUERTO RICO _____

In re QUINTANA MERCADO, ROBERTO ,

              Debtor

Case No. _____

Chapter ___7___

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | X | 1 | $ 265,000.00 | | |
| B - Personal Property | X | 3 | $ 12,650.00 | | |
| C - Property Claimed as Exempt | X | 1 | | | |
| D - Creditors Holding Secured Claims | X | 1 | | $ 255,214.96 | |
| E - Creditors Holding Unsecured Priority Claims | X | 3 | | $ ---- | |
| F - Creditors Holding Unsecured Nonpriority Claims | X | 18 | | $ 672,671.19 | |
| G - Executory Contracts and Unexpired Leases | X | 1 | | | |
| H - Codebtors | X | 1 | | | |
| I - Current Income of Individual Debtor(s) | X | 1 | | | $ 6,568.23 |
| J - Current Expenditures of Individual Debtors(s) | X | 1 | | | $ 6,073.82 |
| TOTAL | | | $ 277,650.00 | $ 927,886.15 | |

Form 6-Summ2
(10/05)

# United States Bankruptcy Court

_____ District Of _____

In re ___QUINTANA MERCADO, ROBERTO___ ,
        Debtor

Case No. _____

Chapter _____7_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES (28 U.S.C. § 159)
## [Individual Debtors Only]

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 1,100.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ ---- |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ ---- |
| Student Loan Obligations (from Schedule F) | $ ---- |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ ---- |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ ---- |
| TOTAL | $ 1,100.00 |

**The foregoing information is for statistical purposes only under 28 U.S.C. § 159.**

In re  QUINTANA MERCADO, ROBERTO_____ ,        Case No. _____
              **Debtor**                                                                   **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| RESIDENTIAL APARTMENT LOCATED AT BRISAS DEL PARQUE ESCORIAL 204, CAROLINA (1) | FEE SIMPLE TITLE (1) | N/A | $265,000.00(1) | $ 202,670.87 (1)<br>50,667.69 (1)<br><br>$ 253,338.56 (1) |
| (1)SEE SCHEDULES' EXHIBIT "A" | | | | |
| | | Total ▶ | $ 265,000.00 | |

(Report also on Summary of Schedules.)

In re QUINTANA MERCADO, ROBERTO                    ,
          **Debtor**

Case No. _____
                  **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | RESIDENCE OF DEBTOR | | $    50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | CHECKING ACCOUNT # 2800001881, AT DORAL BANK ISLA VERDE BRANCH (IN THE NAME OF GLADYS MERCADO CORDOVA) | | $    50.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | AEE & AAA | | $   150.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | LOCATED AT DEBTOR'S RESIDENCE | | $  9,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | ---------- | | 0 |
| 6. Wearing apparel. | | LOCATED AT DEBTOR'S RESIDENCE | | $  1,000.00 |
| 7. Furs and jewelry. | | --------- | | 0 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | PARAORDNANCE CALIBRE 45 PISTOL | | $   400.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | --------- | | 0 |
| 10. Annuities. Itemize and name each issuer. | | --------- | | 0 |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | | --------- | | 0 |

Form B6B-Cont
(10/05)

In re <u>QUINTANA MERCADO, ROBERTO</u>,
        **Debtor**

Case No. _____
        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | ------- | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | ------- | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | ------- | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | | ------- | | |
| 16. Accounts receivable. | | ------- | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | ------- | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | ------- | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | | ------- | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | ------- | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | ------- | | |

In re <u>QUINTANA MERCADO, ROBERTO</u>                ,        Case No. _____
                        **Debtor**                                              **(If known)**

# SCHEDULE B -PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | ------- | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | ------- | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | ------- | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | HARLEY DAVIDSON SPORTER 2003 (1) | | $   2,000.00 (1) |
| 26. Boats, motors, and accessories. | | ------- | | |
| 27. Aircraft and accessories. | | ------- | | |
| 28. Office equipment, furnishings, and supplies. | | ------- | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | ------- | | |
| 30. Inventory. | | ------- | | |
| 31. Animals. | | ------- | | |
| 32. Crops - growing or harvested. Give particulars. | | ------- | | |
| 33. Farming equipment and implements. | | ------- | | |
| 34. Farm supplies, chemicals, and feed. | | ------- | | |
| 35. Other personal property of any kind not already listed. Itemize. | | ------- | | |

(1)SEE SCHEDULES' EXHIBIT "A"          --- ____continuation sheets attached   Total▶ | $    12,650.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Form B6C
(10/05)

**In re** QUINTANA MERCADO, ROBERTO                    ,                    **Case No.** _____
                                    **Debtor**                                                                                      **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                              $125,000.
☒ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 1. RESIDENTIAL APARTMENT LOCATED AT BRISAS DEL PARQUE ESCORIAL, 204 CAROLINA (1) | 11 U.S.C. 522(d)(1) | $ 11,661.44 | $265,000.00 (1) |
| 2. MOTORCYCLE – HARLEY DAVIDSON SPORTER 2003 (1) | 11 U.S.C. 522(d)(2) | $ 2,950.00 | $ 2,000.00 (1) |
| 3. HOUSEHOLD AND FURNISHING, WEARING APPAREL, APPLIANCES, ETC. | 11 U.S.C. 522(d)(3) | $ 9,850.00 | $ 9,000.00 |
| 4. WEARING APPAREL, CASH ON HAND, CHECKING ACCOUNT, SECURITY DEPOSITS, FIREARM AND ANY OTHER PROPERTY OF THE DEBTOR, EXCEPT REAL ESTATE | 11 U.S.C. 522(d)(4) | $ 7,763.56 (975.00 + 6,788.56) | $ 1,650.00 |
| (1) SEE SCHEDULES' EXHIBIT "A" | | | |

Form B6D

(10/05)  **In re**  QUINTANA MERCADO, ROBERTO                    ,    **Case No.** _____
                              **Debtor**                                                              **(If known)**

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9100007587<br><br>DORAL FINANCIAL CORP (1)<br>PO BOX 71529<br>SAN JUAN PR 00936-8629 | | | MARCH 2005 (1)<br>FIRST MORTGAGE<br>APT 204 BRISAS<br>DEL PARQUE,<br>BRISAS DE ESCORIAL<br><br>VALUE $ 265,000 | | | | $ 202,670.87 (1) | 0 |
| ACCOUNT NO. 9700000525<br><br>DORAL FINANCIAL CORP (1)<br>PO BOX 71529<br>SAN JUAN PR 00936-8629 | | | MARCH 2005 (1)<br>2ND MORTGAGE<br>APT 204 BRISAS<br>DEL PARQUE,<br>BRISAS DE ESCORIAL<br><br>VALUE $ 265,000 | | | | 50,667.69 (1) | 0 |
| ACCOUNT NO. 2DD40605568992<br><br>HARLEY DAVIDSON CREDIT(1)<br>MOTOR SPORT INC<br>ACUARELA ST #92<br>GUAYNABO, PR | | | APRIL 2005 (1)<br>HARLEY DAVIDSON<br>SPORTER 2003<br><br>VALUE $    2,000 | | | | 1,876.40 (1) | 0 |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |

_____ continuation sheets attached

(1) SEE SCHEDULES' EXHIBIT "A"

Subtotal ▶
(Total of this page)         $    255,214.96

Total ▶
(Use only on last page)      $    255,214.96

(Report total also on Summary of Schedules)

In re QUINTANA MERCADO, ROBERTO ,
           Debtor

Case No. _____
          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."     If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

In re ___QUINTANA MERCADO, ROBERTO___ ,        Case No. _____
                            Debtor                                    (if known)

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

1
____ continuation sheets attached

In re  QUINTANA MERCADO, ROBERTO                    ,          Case No. _____
          **Debtor**                                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> INTERNAL REVENUE SERVICES <br> MERCANTIL PLAZA BLDG 2 <br> PONCE DE LEON AVE SUITE 1014 <br> SAN JUAN PR 00918 | | | YEARS 2003, 2004, 2005 | | | | UNDETERMINED | UNDETERMINED |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. 1 of 1 sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal▶ (Total of this page)   |   $   |   $

Total▶
(Use only on last page of the completed Schedule E.
(Report total also on Summary of Schedules)   |   $   |   $

Form B6F (10/05)

In re QUINTANA MERCADO, ROBERTO ,                Case No. _____
              Debtor                                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R.Bankr.P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2203812-9001 <br><br> BANCO POPULAR DE PR <br> PO BOX 362708 <br> SAN JUAN PR 00936-2708 <br> IN CARE OF: MRS GUASP, | x | | JUNE 25, 1999 <br><br> LOAN AS CODEBTOR | | | | $361,367.62 |
| ACCOUNT NO. 9585041077026 <br> 9585024555246 <br><br> SEARS - Payment Center <br> PO BOX 105491 <br> ATLANTA, GA 30348-5491 | | WIFE <br><br> JOINT | CREDIT CARDS | | | | $ 2,318.81 <br> $ 3,200.00 <br> approx. |
| ACCOUNT NO. <br><br> JC PENNEY <br> PO BOX 364788 <br> SAN JUAN, PR 00936 | | WIFE | CREDIT CARDS | | | | $ 1,000.00 <br><br> approx. |
| ACCOUNT NO. 372650491534014 <br><br> AMERICAN EXPRESS <br> PO BOX 360001 <br> FT LAUDERDALE FL 33336- <br> 0001 | | WIFE | CREDIT CARDS | | | | $ 5,500.00 |

Subtotal ▶ $ 373,386.43

17 continuation sheets attached

Total ▶ $
(Use only on last page of the completed Schedule F.)
( Report also on Summary of Schedules.)

In re QUINTANA MERCADO, ROBERTO ,                    Case No. _____
_____
                    **Debtor**                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 377811321188448 377812325083510 5310500490297416 <br><br> BANCO POPULAR DE PR CARD PRODUCT DIVISION PO BOX 70100 SAN JUAN PR 00936 | | JOINT | CREDIT CARDS | | | | $ 20,000.00 <br> $ 20,000.00 <br> $     500.00 <br> approx. |
| ACCOUNT NO. 450690003000245? <br><br> BANCO BILBAO VIZCAYA ARGENTARIA PO BOX 71113 SAN JUAN PR 00936-1113 | | JOINT | CREDIT CARD - VISA | | | | $   9,800.00 <br> approx. |
| ACCOUNT NO. 5178007152070868 <br><br> FIRST PREMIER BANK PO BOX 5147 SIOX FALLS, SD 57117-5147 | | JOINT | CREDIT CARD | | | | $     500.00 <br> approx. |
| ACCOUNT NO. 711133411396311? <br><br> COSTCO PO BOX 6948 CITY OF INDUSTRIAL, CA 91716-0148 | | JOINT | MERCHANDISE | | | | $   1,200.00 <br> approx. |
| ACCOUNT NO.    1057055 <br><br> THE ASSOCIATES PO BOX 1465 INDUSTRIAL MINILLAS BAYAMON PR 00956 | | JOINT | PERSONAL LOAN | | | | $   2,000.00 <br> approx. |

Sheet no. 2 of 18 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 427,386.43

Total ▶ | $
(Use only on last page of the completed Schedule F.)
( Report also on Summary of Schedules.)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> BISMARK TRADING <br> PO BOX 2198 <br> HATO REY PR 00919 | | | SUPPLIES - 2002 | | | | $   975.10 |
| ACCOUNT NO. <br> CARIBBEAN PRODUCE <br> BOX 11990 <br> CAPARRA HEIGHTS PR 00922 | | | SUPPLIES - 2002 | | | | $  8,221.00 |
| ACCOUNT NO. <br> CARIBBEAN SNACKS <br> PO BOX 190818 <br> SAN JUAN PR 00919 | | | SUPPLIES - 2002 | | | | $   260.78 |
| ACCOUNT NO. <br> LA MONTAÑA <br> BOX 521 <br> ST JUST PR 00978 | | | SUPPLIES - 2002 | | | | 589.60 |
| ACCOUNT NO. <br> LC ENTERPRISES <br> PO BOX 361709 <br> SAN JUAN PR 00936 | | | SUPPLIES - 2002 | | | | $  1,090.55 |

Sheet no. 3 of 18 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ | $ 438,523.46

Total▶ | $
(Use only on last page of the completed Schedule F.)
( Report also on Summary of Schedules.)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>LEOGAR INC<br>PO BOX 13351<br>SAN JUAN PR 00936 | | | SUPPLIES - 2002 | | | | $    217.95 |
| ACCOUNT NO.<br>THE CLOROX COMMERCIAL<br>CO LOCK BOX CLOROX<br>PO BOX 71590<br>SAN JUAN PR 00936-869 | | | SUPPLIES - 2002 | | | | $  1,573.97 |
| ACCOUNT NO.<br>VEDELNIS DISTRIBUTING CO<br>PO BOX 360367<br>SAN JUAN PR 00936-0367 | | | SUPPLIES - 2002 | | | | $    440.22 |
| ACCOUNT NO.<br>VERPAS PRODUCTS INC<br>PO BOX 29410<br>65th INFANTERY STATION<br>RIO PIEDRAS PR 00929-9410 | | | SUPPLIES - 2001 | | | | $  1,361.40 |
| ACCOUNT NO.<br>STERLING MERCHANDISING INC<br>PO BOX 11874<br>SAN JUAN PR 00936-0102 | | | SUPPLIES - 2002 | | | | $    864.24 |

Sheet no. 4 of 18 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $ 442,981.24

Total▶  $
(Use only on last page of the completed Schedule F.)
( Report also on Summary of Schedules.)

In re QUINTANA MERCADO, ROBERTO _____,     Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| T & D DISTRIBUTORS CALLE PARIS 243 PMB 1875 SAN JUAN PR 00917-3632 | | | SUPPLIES - 2002 | | | | $     361.00 |
| ACCOUNT NO. | | | | | | | |
| SWIFT INT'L PR INC PO BOX 70102 SAN JUAN PR 00936-0102 | | | SUPPLIES - 2002 | | | | $   5,849.57 |
| ACCOUNT NO. | | | | | | | |
| RALSTON PURINA DE PR PO BOX 11877 SAN JUAN PR 00922 | | | SUPPLIES - 2002 | | | | $   1,079.59 |
| ACCOUNT NO. | | | | | | | |
| RIVIANA DE PR PO BOX 363348 SAN JUAN PR 00936-6458 | | | SUPPLIES - 2001 | | | | $     876.50 |
| ACCOUNT NO. | | | | | | | |
| SAN JUAN TRAIDING CO INC PO BOX 366458 SAN JUAN PR 00936-6458 | | | SUPPLIES - 2002 | | | | $   3,768.25 |

Sheet no. 5 of 18 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $ 454,916.15

Total▶  $
(Use only on last page of the completed Schedule F.)
( Report also on Summary of Schedules.)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. PLAZA PROVISION CO PO BOX 366628 SAN JUAN PR 00936-3328 | | | SUPPLIES - 2002 | | | | $ 5,051.33 |
| ACCOUNT NO. PREMIUM BRANDS OF PR PO BOX 364265 SAN JUAN PR 00936-4265 | | | SUPPLIES - 2002 | | | | $ 6,659.35 |
| ACCOUNT NO. PROVIMENTOS INC PO BOX 248 VEGA BAJA PR 00694 | | | SUPPLIES - 2002 | | | | $ 1,824.65 |
| ACCOUNT NO. PAYCO FOODS PO BOX 11219 CAPARRA HEIGHTS STATION SAN JUAN PR 00922 | | | SUPPLIES - 2002 | | | | $ 463.51 |
| ACCOUNT NO. PEPSI COLA PO BOX 2600 TOA BAJA PR 00951-2600 | | | SUPPLIES - 2002 | | | | $ 5,617.25 |

Sheet no. 6 of 18 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 474,532.24

Total ▶ $
(Use only on last page of the completed Schedule F.)
( Report also on Summary of Schedules.)

In re <u>QUINTANA MERCADO, ROBERTO</u> ,
                     **Debtor**

Case No. _____
                            **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  52-108<br><br>PERSONNA INTERNATIONAL<br>PO BOX 2600<br>RIO GRANDE PR 00745-1689 | | | SUPPLIES - 2002 | | | | $   2,041.24 |
| ACCOUNT NO.  60097<br><br>NESTLE<br>PO BOX 15069<br>SAN JUAN PR 00902-8569 | | | SUPPLIES - 2002 | | | | $   3,936.26 |
| ACCOUNT NO.<br><br>P & G COMMERCIAL CO<br>PO BOX 71492<br>SAN JUAN PR 00936-8592 | | | SUPPLIES - 2002 | | | | $   5,143.52 |
| ACCOUNT NO.  331055<br><br>PACKERS PROVISION CO, PR<br>PO BOX 363969<br>SAN JUAN PR 00936-3969 | | | SUPPLIES - 2002 | | | | $   9,926.16 |
| ACCOUNT NO.<br><br>PAN AMERICAN MFG CO<br>CALLE CLAUDIA #9 ESQ.<br>BEATRIZ<br>PARQUE INDUSTRIAL AMELIA<br>GUAYNABO PR 00968 | | | SUPPLIES - 2002 | | | | $    286.70 |

Sheet no. <u>7</u> of <u>18</u> sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                       Subtotal ▶ | $ 495,866.12

Total ▶ | $

(Use only on last page of the completed Schedule F.)
( Report also on Summary of Schedules.)

In re QUINTANA MERCADO, ROBERTO                      ,          Case No. _____
          **Debtor**                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    52-108<br><br>PAN PEPIN<br>PO BOX 100<br>BAYAMON PR 00960-0100 | | | SUPPLIES - 2002 | | | | $   17,248.87 |
| ACCOUNT NO.    60097<br><br>MEATRADING & CO<br>PMB 426<br>CALLE ENSENADA #366<br>SAN JUAN PR 00920 | | | SUPPLIES - 2002 | | | | $    8,745.71 |
| ACCOUNT NO.<br><br>MENDEZ & CO<br>PO BOX 363348<br>SAN JUAN PR 00936-3348 | | | SUPPLIES - 2002 | | | | $      843.49 |
| ACCOUNT NO.<br><br>MONTEBELLO<br>RR-02 BOX 6785<br>MANATI PR 00674 | | | SUPPLIES - 2002 | | | | $    2,154.88 |
| ACCOUNT NO.<br><br>NABISCO ROYAL INC<br>PO BOX 71479<br>SAN JUAN PR 00938 | | | SUPPLIES - 2002 | | | | $    4,820.88 |

Sheet no. 8 of 18 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $ 529,679.95

Total▶  $
(Use only on last page of the completed Schedule F.)
( Report also on Summary of Schedules.)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7006568 <br><br> KEBBLER <br> PO BOX 50004 <br> SAN JUAN PR 00902-0004 | | | SUPPLIES - 2002 | | | | $ 609.10 |
| ACCOUNT NO. <br><br> KIMBERLY - CLARK <br> PO BOX 191859 <br> SAN JUAN PR 00919-1859 | | | SUPPLIES - 2002 | | | | $ 3,600.68 |
| ACCOUNT NO. <br><br> THE HARTZ MOUNTAIN CORP <br> PO BOX 18429 <br> NEWARK NJ 07191 | | | SUPPLIES - 2002 | | | | $ 840.00 |
| ACCOUNT NO. <br><br> JOSE MALGOR <br> PO BOX 9021904 <br> SAN JUAN PR 00902-6275 | | | SUPPLIES - 2002 | | | | $ 2,591.75 |
| ACCOUNT NO. <br><br> JIMENEZ & FERNANDEZ SUC <br> PO BOX 13097 <br> SAN JUAN PR 00908-3097 | | | SUPPLIES - 2002 | | | | $ 3,571.19 |

Sheet no. 9 of 18 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 540,892.67

Total▶ $
(Use only on last page of the completed Schedule F.)
( Report also on Summary of Schedules.)

In re QUINTANA MERCADO, ROBERTO
_____ ,
            **Debtor**

Case No. _____
                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HERMANOS COLON DIST.<br>PR 03 BOX 11192<br>TOA ALTA PR 00953 | | | SUPPLIES - 2002 | | | | $    870.77 |
| ACCOUNT NO.  ID-0039<br><br>HACIENDA LAS CAROLINAS<br>PO BOX 71385<br>SAN JUAN PR 00936-8485 | | | SUPPLIES - 2002 | | | | $  1,748.46 |
| ACCOUNT NO.   165600<br><br>GOYA DE PR INC<br>PO BOX 1467<br>BAYAMON PR 00960-1467 | | | SUPPLIES - 2002 | | | | $    169.35 |
| ACCOUNT NO.<br><br>FRITO LAY<br>GPO BOX 70276<br>SAN JUAN PR 00936 | | | SUPPLIES - 2002 | | | | $  2,925.55 |
| ACCOUNT NO.<br><br>GENERAL CANDY IMPORTS<br>PO BOX 9418<br>CAGUAS PR 00726-9418 | | | SUPPLIES - 2002 | | | | $    114.00 |

Sheet no. 10 of 18 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ | $ 546,720.80

Total▶ | $
(Use only on last page of the completed Schedule F.)
( Report also on Summary of Schedules.)

In re <u>QUINTANA MERCADO, ROBERTO</u> ,
Case No. <u>                    </u>
Debtor
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> FERNANDO C PUJALS <br> PO BOX 364245 <br> SAN JUAN PR 00936-4245 | | | SUPPLIES - 2002 | | | | $     944.98 |
| ACCOUNT NO. <br><br> FREIRA & CO <br> PO BOX 364245 <br> SAN JUAN PR 00936-4165 | | | SUPPLIES - 2002 | | | | $     767.00 |
| ACCOUNT NO.  3006416 <br><br> HERSHEY FOODS CORP <br> PO BOX 70347 <br> SAN JUAN PR 00936 | | | SUPPLIES - 2002 | | | | $   3,158.62 |
| ACCOUNT NO. <br><br> EMPACADORA HILL BROTHER <br> PO BOX 31303 <br> SAN JUAN PR 00929-2303 | | | SUPPLIES - 2002 | | | | $   5,214.50 |
| ACCOUNT NO.  225-1 <br><br> HOLSUM <br> CALL BOX 8282 <br> TOA ALTA PR 00951-8282 | | | SUPPLIES - 2002 | | | | $  21,571.98 |

Sheet no. <u>11</u> of <u>18</u> sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 578,377.88

Total ▶ | $

(Use only on last page of the completed Schedule F.)
( Report also on Summary of Schedules.)

In re QUINTANA MERCADO, ROBERTO
_____,    Case No. _____
**Debtor**                                                  **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| IMPORTACIONES VIEL CALLE GUAYAMA # 58 HATO REY PR 00917 | | | SUPPLIES - 2002 | | | | $    810.90 |
| ACCOUNT NO. | | | | | | | |
| CENTRAL PRODUCE EL JIBARITO INC PO BOX 11933 SAN JUAN PR 00922-1933 | | | SUPPLIES - 2002 | | | | $   5,715.75 |
| ACCOUNT NO. | | | | | | | |
| CINDERELLA PO BOX 650 COROZAL PR 00783 | | | SUPPLIES - 2002 | | | | $    396.00 |
| ACCOUNT NO. | | | | | | | |
| COLON BROTHERS INC PO BOX 363013 SAN JUAN PR 00936-3013 | | | SUPPLIES - 2002 | | | | $    924.05 |
| ACCOUNT NO. | | | | | | | |
| D'JESCO PO BOX 9021653 SAN JUAN PR 00902-1653 | | | SUPPLIES - 2002 | | | | $   1,724.45 |

Sheet no. 12 of 18 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 587,949.03

Total▶ $
(Use only on last page of the completed Schedule F.)
( Report also on Summary of Schedules.)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> DELCA <br> PO BOX 10128 <br> CAPARRA HEIGHTS PR 00922 | | | SUPPLIES - 2002 | | | | $   415.00 |
| ACCOUNT NO. <br> DISTRIBUIDORA VAZQUEZ <br> PO BOX 6060 <br> CAGUAS PR 00726 | | | SUPPLIES - 2002 | | | | $   608.78 |
| ACCOUNT NO. <br> ERNESTO TROPICAL <br> CALLE GUADALUPE # 62 <br> PONCE PR 00726 | | | SUPPLIES - 2002 | | | | $   167.90 |
| ACCOUNT NO. <br> EURO CARIBE <br> PO BOX 29046 <br> 65 INFANTERIA STATION <br> RIO PIEDRAS PR 00929 | | | SUPPLIES - 2002 | | | | $  1,098.10 |
| ACCOUNT NO. <br> ALMACEN CENTRAL <br> PO BOX 1366 <br> DORADO PR 00646-1366 | | | SUPPLIES - 2002 | | | | $   693.37 |

Sheet no. 13 of 18 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ | $ 590,932.18

Total▶ | $
(Use only on last page of the completed Schedule F.)
( Report also on Summary of Schedules.)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ALMACENES PEMAR<br>PO BOX 514<br>SABANA SECA PR 00952-0514 | | | SUPPLIES - 2002 | | | | $  2,066.74 |
| ACCOUNT NO.<br><br>ANSELMO GARCIA DIST<br>AVE POLICIA J ANDALUZ<br>MENDEZ # 3 A-1<br>BAYAMON PR 00956 | | | SUPPLIES- 2002 | | | | $  3,261.80 |
| ACCOUNT NO.<br><br>B FERNANDEZ & HNOS<br>PO BOX 363629<br>SAN JUAN PR 00936-3629 | | | SUPPLIES - 2002 | | | | $  2,066.24<br>$  5,393.02 |
| ACCOUNT NO.<br><br>BALLESTER HNOS<br>PO BOX 364548<br>SAN JUAN PR 00936-4548 | | | SUPPLIES - 2002 | | | | $  1,002.79 |
| ACCOUNT NO.<br><br>BORICUA EMPAQUE<br>PO BOX 9021741<br>SAN JUAN PR 00902-1741 | | | SUPPLIES - 2002 | | | | $    961.77 |

Sheet no. 14 of 18 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $ 605,684.54

Total▶  $
(Use only on last page of the completed Schedule F.)
( Report also on Summary of Schedules.)

In re <u>QUINTANA MERCADO, ROBERTO</u>,

Debtor

Case No. _____

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> GARRIDO & CO <br> APARTADO 71 <br> CAGUAS PR 00726 | | | SUPPLIES - 2002 | | | | $   4,086.08 |
| ACCOUNT NO. <br><br> LC ENTERPRISES <br> PO BOX 361709 <br> SAN JUAN PR 00936 | | | SUPPLIES- 2002 | | | | $   1,090.55 |
| ACCOUNT NO. <br><br> M & J SALES <br> PO BOX 364166 <br> SAN JUAN PR 00936 | | | SUPPLIES - 2002 | | | | $     472.12 |
| ACCOUNT NO. <br><br> MALGOR & CO <br> PO BOX 366 CARR 5 KM 3.5 <br> CATAÑO PR 00963-0366 | | | SUPPLIES - 2002 | | | | $   4,225.45 |
| ACCOUNT NO. <br><br> TAINO PAPER CO INC <br> PO BOX 1047 <br> BAYAMON PR 00960 | | | SUPPLIES - 2002 | | | | $     245.49 |

Sheet no. <u>15</u> of <u>18</u> sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ | $ 615,804.23

Total▶ | $
(Use only on last page of the completed Schedule F.)
( Report also on Summary of Schedules.)

In re QUINTANA MERCADO, ROBERTO
_____,
                Debtor

Case No. _____
                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> UNILEVER DE PR <br> PO BOX 1047 <br> BAYAMON PR 00960 | | | SUPPLIES - 2002 | | | | $ 646.95 |
| ACCOUNT NO. <br> PARTNER'S GOURMET INC <br> PO BOX 11332 <br> SAN JUAN PR 00936-7129 | | | SUPPLIES- 2002 | | | | $ 251.87 |
| ACCOUNT NO. <br> PROC CAMPOFRESCO INC <br> BOX 755 <br> SANTA ISABEL PR 00757 | | | SUPPLIES - 2002 | | | | $ 777.60 |
| ACCOUNT NO. <br> PUERTO RICO SUPPLIES <br> PO BOX 11908 <br> SAN JUAN PR 00922-1908 | | | SUPPLIES - 2002 | | | | $ 714.97 |
| ACCOUNT NO. <br> PONCE CARIBE DIST <br> PO BOX 11946 <br> SAN JUAN PR 00922 | | | SUPPLIES - 2002 | | | | $ 2,599.49 |

Sheet no. _16_ of _18_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 620,795.11

Total▶ $
(Use only on last page of the completed Schedule F.)
( Report also on Summary of Schedules.)

In re QUINTANA MERCADO, ROBERTO _____,    Case No. _____
                                Debtor                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> SUCESORES PEDRO CORTES INC <br> PO BOX 363626 <br> SAN JUAN PR 00936-3626 | | | SUPPLIES - 2002 | | | | $     582.81 |
| ACCOUNT NO. <br> DESTILERIA SERALLES <br> APARTADO 198 <br> MERCEDITA PR 00715 | | | SUPPLIES- 2002 | | | | $   3,008.00 |
| ACCOUNT NO. <br> CRESPO ICE PLANT <br> CALLE CANADA 1173 <br> PUERTO NUEVO PR 00921 | | | SUPPLIES - 2002 | | | | $   2,500.00 |
| ACCOUNT NO. <br> RJ REYNOLDS <br> PO BOX 363509 <br> SAN JUAN PR 00936-3509 | | | SUPPLIES - 2002 | | | | $   3,500.00 |
| ACCOUNT NO.   032664 <br> VAQUERIA TRES MONJITAS <br> PO BOX 366757 <br> SAN JUAN PR 00936-6757 | | | SUPPLIES - 2002 | | | | $  42,000.27 |

Sheet no. 17 of 18 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤  $ 672,386.19

Total➤  $
(Use only on last page of the completed Schedule F.)
( Report also on Summary of Schedules.)

In re QUINTANA MERCADO, ROBERTO
_____,
         **Debtor**

Case No. _____
                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   801180 <br><br> LADY OF AMERICA <br> PLAZA CENTRO MALL <br> 200 RAFAEL CORDERO AVE <br> SUITE 1010 <br> CAGUAS PR 00725 | | | | | | | $     285.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 18 of 18 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 672,671.19

Total▶ $ 672,671.19
(Use only on last page of the completed Schedule F.)
( Report also on Summary of Schedules.)

In re   QUINTANA MERCADO, ROBERTO         ,                    Case No._____
                    **Debtor**                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| RG PREMIER BANK OF PUERTO RICO<br>PO BOX 2510, GUAYNABO, PR 00970-2510 | LEASE AGREEMENT OF AUDI A-4, MOTOR<br>VEHICLE 2006 (1).   LIQUIDATION VALUE<br>$40,000.00 |
| | |
| | |
| | |
| | |
| | |
| | |

(1) SEE SCHEDULES' EXHIBIT "A"

Form B6H
(10/05)

In re ___QUINTANA MERCADO, ROBERTO___,     Case No. _____
                **Debtor**                                          **(if known)**

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

[X] Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| NONE | |

In re  QUINTANA MERCADO, ROBERTO                    ,          Case No._____
      **Debtor**                                                      **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12, or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP: | AGE: |
| **Employment:** | DEBTOR | SPOUSE |
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |
| | | |

INCOME: (Estimate of average monthly income)        DEBTOR             SPOUSE

1. Current monthly gross wages, salary, and commissions       $ 7,060.23(approx.&  $ ------
   (Prorate if not paid monthly.)                                  com.)
2. Estimate monthly overtime                      $ -------       $ -------

3. SUBTOTAL                                        $ 7,060.23      $ ------

4. LESS PAYROLL DEDUCTIONS
   a. Payroll taxes and social security            $ 492.00       $ ----
   b. Insurance                                    $ ----          $ ----
   c. Union dues                                   $ ---           $ ----
   d. Other (Specify): _____                  $ ----          $ ---

5. SUBTOTAL OF PAYROLL DEDUCTIONS                  $ 492.00        $ ----

6. TOTAL NET MONTHLY TAKE HOME PAY                 $ 6,568.23      $ ----

7. Regular income from operation of business or profession or farm.   $ ----      $ ----
   (Attach detailed statement)
8. Income from real property                       $ ----          $ ----
9. Interest and dividends                          $ ---           $ ---
10. Alimony, maintenance or support payments payable to the debtor for   $ ---    $ ---
    the debtor's use or that of dependents listed above.
11. Social security or government assistance
    (Specify):_____                           $ ----          $ ---
12. Pension or retirement income                   $ ----          $ ---
13. Other monthly income
    (Specify):_____                           $ ----          $ ---

14. SUBTOTAL OF LINES 7 THROUGH 13
15. TOTAL MONTHLY INCOME (Add amounts shown on lines 6 and 14)    $ ------    $ ----

16. TOTAL COMBINED MONTHLY INCOME:                       $ 6,568.23
                                              (Report also on Summary of Schedules.)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

_____

_____

In re   QUINTANA MERCADO, ROBERTO                           ,          Case No._____
                        **Debtor**                                                                  **(If known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 1,705.88 |
| a. Are real estate taxes included?        Yes  X   No _____ | |
| b. Is property insurance included?        Yes  X   No _____ | |
| 2. Utilities: a. Electricity and heating fuel | $ 80.00 |
| b. Water and sewer | $ 30.00 |
| c. Telephone | $ 50.00 |
| d. Other   CABLE TV | $ 75.00 |
| 3. Home maintenance (repairs and upkeep)   INCLUDING MAINTANCE FEE | $ 228.00 |
| 4. Food | $ 553.00 |
| 5. Clothing | $ 125.00 |
| 6. Laundry and dry cleaning | $ 65.00 |
| 7. Medical and dental expenses | $ 200.00 |
| 8. Transportation (not including car payments) | $ 260.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 225.00 |
| 10.Charitable contributions | $ ---- |
| 11.Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $ ---- |
| b. Life | $ ---- |
| c. Health | $ 339.95 |
| d. Auto | $ 91.66 |
| e. Other _____ | $ ---- |
| 12.Taxes (not deducted from wages or included in home mortgage payments) (Specify) _____ | $ ---- |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $ 658.39 |
| b. Other  MOTORCYCLE | $ 286.94 |
| c. Other _____ | $ ---- |
| 14. Alimony, maintenance, and support paid to others | $ 1,100.00 |
| 15. Payments for support of additional dependents not living at your home | $ ---- |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ ---- |
| 17. Other _____ | $ ---- |
| 18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 6,073.82 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---|
| a. Total monthly income from Line 16 of Schedule I | $ 6,568.23 |
| b. Total monthly expenses from Line 18 above | $ 6,073.82 |
| c. Monthly net income (a. minus b.) | $ 494.41 |

## EXHIBIT "A" TO SCHEDULES

In re: **QUINTANA MERCADO ROBERTO**

The Debtor is the owner of the following properties, which belong to his estate, but appear under the name of Roberto Quintana Pesante, who is his father. Said properties are affected by the liens that are described in Schedule D of these Schedules.

The debts which are guaranteed with said liens are also under the name of Debtor's father, Mr. Roberto Quintana Pesante and their installments are paid by Debtor herein. Said debts are presently up to date.

Debtor is also the lessor under the Lease Agreement described in Schedule G. Said lease is also under the name of Roberto Quintana Pesante and the installments are paid by Debtor.

The properties are:

- Residential apartment located at
  Brisas del Parque Escorial, Apt.
  204, Carolina, PR                    see Schedule A

- Motorcycle Harley Davidson Sporter
  2003                                 see Schedule B

- Audi A-4 motor vehicle 2006          see Schedule G

Case No. _____

In re: ROBERTO QUINTANA MERCADO

## **DECLARATION CONCERNING DEBTOR'S SCHEDULES**

### **DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the foregoing Summary, Schedules and Statements of Affairs, consisting of __35__ sheets, plus the summary page, and that they are true and correct to the best of my knowledge, information and belief.

Date: December 4th, 2006

Signature: _____
ROBERTO QUINTANA MERCADO